## Cox *v.* Vanderkleed.

DAMAGES.—In action for civil damages for an assault and battery, the jury, in assessing the damages, may consider the injury inflicted on the plaintiff by the blow given by the defendant, the expense incurred, loss of time, of hearing, of his peace of mind and individual happiness occasioned by the injury received.

APPEAL from the *Tippecanoe* Circuit Court.

WORDEN, J.—This was an action by the appellee against the appellant for assault and battery. Trial, verdict and judgment for the plaintiff.

The case is before us on the evidence, and an instruction to the jury. We can not disturb the verdict on the evidence, nor do the damages clearly appear to have been excessive. The instruction complained of is as follows: "In assessing damages you may consider the injuries inflicted on the plaintiff by the blow given by the defendant, the expenses incurred, loss of time and hearing, also his peace of mind and individual happiness occasioned by the injury received." This instruction is sustained by the case of *Taber* v. *Hutson*, 5 Ind. 322, and it seems to us to be correct in principle. Nor can we say that it was not applicable and pertinent to the evidence.

*Per Curiam.*—The judgment below is affirmed, with costs and 1 per cent. damages.

*D. Mace* and *W. C. Wilson*, for the appellant.

*H. W. Chase* and *J. A. Wilstach*, for the appellee.